| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | **Report Required by the Ethics**<br>**in Government Act of 1978**<br>**(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Minaldi, Patricia H | 2. Court or Organization<br><br>District Court - Louisiana | 3. Date of Report<br><br>4/24/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>611 Broad Street<br>Lake Charles, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Manager (████ is other Manager.) | Minerex, LLC (████████ Company) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    2003 | La. State Employee Retirement System (pension upon retirement) |
| 2.    2003 | La. Deferred Compensation Plan (upon retirement or separation) |

FINANCIAL DISCLOSURE OFFICE    RECEIVED Apr 3 11 59 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Judicial Branch Of Louisiana | 40,864 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Jack Lawton, Inc. |
| 2. | 2003 | Louisiana Health Insurance Indemnity Company |
| 3. | 2003 | Southern National Life Insurance Company |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Louisiana Health Services Indemnity Comapny | ▉ - Transportation, Meals and Room -Monthly Board of Directors Meetings |
| 2. | Louisiana Association of Defense Counsel | Expense reimbursement for presentation at Colorado CLE conference |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 4/24/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Minerex, LLC | | None | J | W | | | | | |
| 2. Northwest Mutual Ins. Co. (account) | A | Interest | J | T | | | | | |
| 3. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 4. Hibernia National Bank (Accounts) | A | Interest | L | T | | | | | |
| 5. Legg Mason Special Investment Trust | A | Dividend | J | T | | | | | |
| 6. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 7. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 8. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 10. Other Property - St. Mary Parish (undivided interest) | | None | J | W | | | | | |
| 11. --Fidelity Aggressive Growth | | | K | T | | | | | Fidelity IRA. |
| 12. --Fidelity Growth Companies | | | K | T | | | | | Fidelity IRA. |
| 13. --Fidelity Value | | | L | T | | | | | Fidelity IRA. |
| 14. --Spartan Total Market Index | | | K | T | | | | | Fidelity IRA. |
| 15. Fidelity IRA | A | Dividend | | | | | | | Please see note in Part VIII. |
| 16. Stifel, Nicolaus IRA | A | Dividend | | | | | | | Please see not in Part VIII |
| 17. --AIM Equity Funds Blue Chip Fund | | | K | T | | | | | Stifel, Nicolaus IRA. |
| 18. --Hartford Mutual Funds Capital Appreciation Fund | | | K | T | | | | | Stifel, Nicolaus IRA. |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 4/24/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19.  --Hartford Mutual Funds Midcap Fund | | | K | T | | | | | Stifel, Nicolaus IRA. |
| 20.  Hartford Mutual Funds Global Health Fund | | | J | T | | | | | Stifel, Nicolaus IRA. |
| 21.  First Trust Target VIP Portfolio | A | Dividend | J | T | Buy | 8-1 | J | | |
| 22.  New York Whole Life | A | Dividend | J | T | | | | | Please see note in Part VIII. |
| 23.  Northwest Mutual Whole Life #1 | A | Dividend | J | T | | | | | Please see note in Part VIII. |
| 24.  Nortwest Mutual Whole Life #2 | A | Dividend | J | T | | | | | Please see note in Part VIII. |
| 25.  La. Deferred Compensation Fund | | | | | | | | | Please see note in Part VIII. |
| 26.  La. State Employee Retirement System | | | L | T | | | | | Please see note in Part VIII. |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Minaldi, Patricia H | 4/24/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. La. Deferred Compensation Plan rolled over to FERSTSP (From Part VII, record 25 ).

2. La. State Employee Retirement Plan is in litigation (From Part VII, record 26).

3. Fidelity IRA existed in 2002 & was left off inadvertently (From Part VII, record 15).

4. Stifel, Nicolaus IRA existed in 2002 & was left off inadvertently (From Part VII, record 16).

5. New York Whole Life existed in 2002 & was left off inadvertently (From Part VII, record 22).

6. Northwest Mutual Whole Life #1 existed in 2002 & was left off inadvertently (From Part VII, record 23).

7. Northwest Mutual Whole Life #2 existed in 2002 & was left off inadvertently (From Part VII, record 24).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Minaldi, Patricia H | | 4/24/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig                                                          Date _____4/28/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Minaldi, Patricia H | 2. Court or Organization<br><br>District Court - Louisiana | 3. Date of Report<br><br>8/21/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>611 Broad Street<br>Lake Charles, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Manager | Minerex, LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2003 | La. State Employee Retirement System (pension upon retirement) |
| 2. | 2003 | La. Deferred Compensation Plan (upon retirement or separation) |

FINANCIAL DISCLOSURE OFFICE

RECEIVED SEP 1 1 21 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Judicial Branch Of Louisiana | 40,864 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Jack Lawton, Inc. |
| 2. | 2003 | Louisiana Health Insurance Indemnity Company |
| 3. | 2003 | Southern National Life Insurance Company |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Louisiana Association of Defense Counsel | Expense reimbursement for presentation at Beaver Creek, Colorado CLE conference Feb. 5-9, 2003 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 3/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Minerex, LLC | | None | J | W | | | | | |
| 2. Northwest Mutual Ins. Co. (account) | A | Interest | J | T | | | | | |
| 3. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 4. Hibernia National Bank (Accounts) | A | Interest | L | T | | | | | |
| 5. Legg Mason Special Investment Trust | A | Dividend | J | T | | | | | |
| 6. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 7. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 8. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 10. Other Property - St. Mary Parish (undivided interest) | | None | J | W | | | | | |
| 11. —Fidelity Aggressive Growth | A | Dividend | K | T | | | | | Fidelity IRA |
| 12. —Fidelity Growth Companies | A | Dividend | K | T | | | | | Fidelity IRA |
| 13. —Fidelity Value | A | Dividend | L | T | | | | | Fidelity IRA |
| 14. —Spartan Total Market Index | A | Dividend | K | T | | | | | Fidelity IRA |
| 15. —AIM Equity Funds Blue Chip Fund | A | Dividend | K | T | | | | | Stifel, Nicolaus IRA |
| 16. —Hartford Mutual Funds Capital Appreciation Fund | A | Dividend | K | T | | | | | Stifel, Nicolaus IRA |
| 17. —Hartford Mutual Funds Midcap Fund | A | Dividend | K | T | | | | | Stifel, Nicolaus IRA |
| 18. Hartford Mutual Funds Global Health Fund | A | Dividend | J | T | | | | | Stifel, Nicolaus IRA |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 8/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. First Trust Target VIP Portfolio | A | Dividend | J | T | Buy | 8-1 | J | | |
| 20. New York Whole Life | A | Dividend | J | T | | | | | Please see note in Part VIII. |
| 21. Northwest Mutual Whole Life #1 | A | Dividend | J | T | | | | | Please see note in Part VIII. |
| 22. Nortwest Mutual Whole Life #2 | A | Dividend | J | T | | | | | Please see note in Part VIII. |
| 23. La. Deferred Compensation Fund | | | | | Sell | 8-18 | | | Please see note in Part VIII. |
| 24. La. State Employee Retirement System | | None | L | T | | | | | Please see note in Part VIII. |
| 25. Series EE Bonds | | None | J | T | | | | | |
| 26. Maxim Stock Index Portfolio | | | | | Sell | 8-18 | J | A | La. Deferred Comp. Plan |
| 27. American Century Ultra Fund | | | | | Sell | 8-18 | J | A | La. Deferred Comp. Plan |
| 28. Maxim INVESCO Small Cap Growth Portfolio | | | | | Sell | 8-18 | J | A | La. Deferred Comp. Plan |
| 29. FERS TSP | | None | K | T | Buy | 10-31 | K | | Rollover from La. Def. Comp. |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
   (See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
   (See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. La. Deferred Compensation Plan rolled over to FERSTSP (From Part VII, record 23, 26, 27, 28, & 29). Plan included Maxim Stock Index Portfolio, American Century Ultra Fund and Maxim INVESCO Small Cap Growth Portfolio.

2. La. State Employee Retirement Plan is in litigation (From Part VII, record 24).

3. Fidelity IRA existed in 2002 & was left off inadvertently (From Part VII, begin at record 11).

4. Stifel, Nicolaus IRA existed in 2002 & was left off inadvertently (From Part VII, begin at record 15).

5. New York Whole Life existed in 2002 & was left off inadvertently (From Part VII, record 20).

6. Northwest Mutual Whole Life #1 existed in 2002 & was left off inadvertently (From Part VII, record 21).

7. Northwest Mutual Whole Life #2 existed in 2002 & was left off inadvertently (From Part VII, record 22).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Minaldi, Patricia H | 8/21/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                      Date   8/24/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544